RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2016 NOV 16 AM 9: 35

JAMES W. McCORMACK

BY:_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 16 2016

JAMES W. McCORMACK, CLERK
_____ LBu
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. 4:16-CV-844-JM

Jury Trial: ☐ Yes ☐ No
(Check One)

I.      Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

    A.    Name of plaintiff: ~~_____~~ B.T. BYRON THOMAS
          ADC # 120920

          Address: 880 EAST GAINES ST. DERMOTT, AR. 71638

          Name of plaintiff: _____
          ADC # _____

          Address: _____   This case assigned to District Judge Moody
          Name of plaintiff: _____  and to Magistrate Judge Kearney
          ADC # _____

          Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B.    Name of defendant: TRACY PHILLIPS

          Position: MEDICAL DOCTOR

          Place of employment: NORTH METRO MEDICAL CENTER

          Address: 1400 BRADEN ST. JACKSONVILLE, AR. 72076

          Name of defendant: KEVIN SETZER

          Position: REGISTERED NURSE

-4-

Place of employment: _NORTH METRO MEDICAL CENTER_

Address: _1400 BRADEN ST. JACKSONVILLE, AR. 72076_

Name of defendant: _YVONNE Hill_

Position: _L PN_

Place of employment: _NORTH METRO MEDICAL CENTER_

Address: _1400 BRADEN ST. JACKSONVILLE, AR 72076_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

    ☐    official capacity only
    ☑    personal capacity only
    ☐    both official and personal capacity

III.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___   No ✓

    B.   If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

        ☐    Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: _____

_____

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____ *PAROLE*_____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_ No ____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure? *yes*

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 11/18/2014 I WAS ADMITTED INTO NORTH METRO MEDICAL CENTER EMERGENCY ROOM FOR INJURIES SUSTAINED BY OFFICERS OF THE JACKSONVILLE POLICE DEPARTMENT AT APPROXIMATELY 22:35 PM. MY GENERAL COMPLAINT WAS SHORTNESS OF BREATH AND ALSO CHEST PAINS. I WAS SEEN BY TRACY PHILLIPS, KEVIN SETTER, AND YVONNE HILL. I WAS DIAGNOSED WITH HEAD CONTUSION AT THIS TIME I INFORMED R.N. KEVIN SETTER AND L.P.N YVONNE HILL THAT MY CHEST WAS VERY PAINFUL AND MY BREATH WAS GETTING EXTREMELY SHORT. THEY BOTH REPLIED THAT THE PAIN AND BREATHING WAS NORMAL AND THAT THIS IS THE RESULT OF THE FIGHT WITH THE POLICE. THERE WAS NEVER A FIGHT BUT THIS WAS THEIR ANSWER TO THE PAIN I WAS FEELING. BEFORE THEY

RELEASED ME FROM NORTH METRO MEDICAL I ASKED TO HAVE AN X-RAY. Ms. HILL AND MR. SETTER RELUCTANTLY AGREED AND WITH DR. PHILLIPS APPROVAL I WAS TAKEN BACK TO HAVE THE X-RAY BY THE TECHNOLOGIST RONDA BETH GEORGE. AFTER THE X-RAY I WAS TAKEN BACK TO MY ROOM. APPROXIMATELY 20 MINUTES LATER R.N SETTER CAME IN THE ROOM WITH THE TRANSPORTATION OFFICER OF THE JACKSONVILLE POLICE DEPARTMENT AND TOLD ME THAT THERE WERE NO INJURIES SHOWN IN THE X-RAY AND THAT I AM BEING RELEASED INTO THE CUSTODY OF THE POLICE (THIS WAS AT 4:20 AM). I WAS TRANSPORTED TO THE PULASKI COUNTY JAIL. UPON ARRIVAL TO PULASKI COUNTY SARGENT LYONS OF PULASKI ASKED THE TRANSPORT OFFICER OF THE JACKSONVILLE DEPARTMENT IF HE WAS SURE I WAS ALRIGHT. THE OFFICER TOLD HIM THAT I WAS TAKEN TO NORTH METRO AND GIVEN AN X-RAY AND THEY SAID THAT THERE WERE NO INJURIES. DURING THE BOOK IN PROCESS AT PULASKI COUNTY MY BREATH BECAME EXTREMELY SHORT. I BLACKED OUT A CODE RED WAS CALLED I WAS SEEN BY THE E.M.T. ON DUTY MR. WHEELER. HE TOOK MY VITAL SIGNS TOLD ME TO SIT IN THE HALLWAY FOR A SHORT WHILE. AFTER ABOUT 10 MINUTES HE (EMT WHEELER) CAME RUNNING DOWN THE HALLWAY AND ASKED ME WHY DIDN'T I TELL HIM THAT I WAS IN AN ACCIDENT. I TOLD HIM THAT THERE WAS NO ACCIDENT. THIS IS WHEN HE TOLD ME THAT I WAS GOING TO BE TAKEN TO U.A.M.S. AT U.A.M.S HOURS LATER FROM BEING RELEASED FROM NORTH METRO MEDICAL DIAGNOSED WITH HEAD CONTUSIONS AND RELEASED. I WAS GIVEN ANOTHER X-RAY TOLD THAT I HAD A RIB FRACTURE, COLLAPSED LUNG, BLUNT ABDOMEN AND CHEST TRAUMA AND DYSNEA. ADMITTED INTO THE HOSPITAL AND HAD SURGERY. DUE TO THE FACTS THAT DR. PHILLIPS DIAGNOSED AND RELEASED ME AND ALSO R.N. KEVIN SETTER ALONG WITH LPN YVONNE HILL AFTER THE X-RAY HAD BEEN GIVEN TOLD ME THAT THERE WERE NO INJURIES

AND ALSO TO THE FACT THAT I HAD TO SUFFER AN
EPISODE AT THE PULASKI COUNTY DETENTION FACILITY IN ORDER TO
FIND OUT THE SEVERITY OF MY INJURIES. THE STAFF OF NORTH
METRO MEDICAL CENTER VIOLATED MY CONSTITUTIONAL RIGHTS UNDER
THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

VIII.   Relief

   State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
   no cases or statutes.

   I WOULD LIKE TO BE AWARDED $750,000 FOR COMPENSATORY
   AND PUNITIVE DAMAGES. ALSO FOR THE MENTAL ANGUISH CAUSED
   BY THE MEDICAL STAFF OF NORTH METRO MEDICAL CENTER

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _10_ day of _NOVEMBER_ , 20 _16_ .

_Byron Thomas_

_____

_____
Signature(s) of plaintiff(s)



North **X** Metro
Medical Center

J A C K S O N V I L L E · C A B O T

August 29, 2016

Dear Mr. Thomas:

I am writing to update you on the status of our work regarding your experience with
North Metro Medical Center during your visit to our Emergency Department.

We received your complaint and the appropriate managers are investigating your
concerns. Your complaint continues to be under investigation and will be brought before
our Complaint Committee at our next meeting. You can expect to hear from me within
five days from that meeting.

At North Metro Medical Center, we believe that above all else, we should provide the
best service possible. Through feedback from members of our community such as you,
we are able to continually improve our services to better meet the needs of all our patients
and visitors.

We do hope that in the future we will be able to serve you and your family's needs in a
manner you will find acceptable.

We appreciate you sharing your feedback with us. If you have any further comments or
questions regarding this matter, please call me at (501) 985-7429.

Sincerely,

Annalee Haley, RN
Quality/Risk Management Director
North Metro Medical Center
1400 Braden Street
Jacksonville, AR 72076

P.O. Box 159   1400 Braden Street   Jacksonville, AR 72078-0159   (501) 985-7000

 **COPY**

Page: 1

**North Metro Medical Center**
**Emergency Department**
**1400 Braden Street**
**Jacksonville, AR 72076**
**501-985-7318**

**BYRON THOMAS**
Age: 49
DOB: 7/13/65
Discharged: 11/19/2014 3:10:34 AM
By: Tracy Phillips, MD / KS, RN

## After Care Instructions

INSTRUCTIONS

Diagnosis: Head Contusion

1. You have been diagnosed with a contusion.

2. A contusion is a bruise. A contusion occurs when a body part is struck forcefully causing injury and breaking of small capillaries. When capillaries (small blood vessels) break, bleeding occurs into the area and can cause purple to black-and-blue discoloration of the skin. The area may remain painful for the next few days while the healing process occurs. If you are using a blood thinner such as Coumadin (Warfarin), the bruising may be much worse.

3. Treatment for this type of injury includes the application of ice to the injured area along with limiting any activity which might worsen the pain.

4. By applying ice to the affected area, swelling and pain can be reduced. Place some ice cubes in a Ziploc bag and add some water. Put a thin washcloth between the bag and your skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. Longer times and more frequently is OK.

FOLLOW UP

Follow up with your primary care physician in 3 days for further treatment and re-evaluation.

Choose not to smoke. Ask your health professional for help quitting smoking.

DISCHARGE VITAL SIGNS:

B/P_____ PULSE_____ RESP_____ TEMP_____ PULSE OX_____ %

STATEMENT

I certify that I have received a copy of the above after-care instructions; that these instructions have been explained to me; and that all of my questions pertaining to these instructions have been answered in a satisfactory manner.

Patient or Rep. Signature: *Pt. unable to sign - in handcuffs*   Nursing Sig: _____ Date: 11/19/2014 3:10:34 AM

**MEDICAL RECORDS COPY**

## Universal Template

**EMERGENCY DEPARTMENT**          **North Metro Medical Center**

Template intended as a documentation aid only, not intended to be definitive or all-inclusive.

### Medical Decision Making

**Data Interpretation by ED physician:**

Summary of: ☑ hospital record  ☐ nursing home  ☐ prior EKG:

Bloodwork: ☐ essentially normal except:

WBC_____  Hgb_____  Hct_____

Na_____  K+_____  CO2_____  BUN_____  CR____ 20  GLUC_____

2↓↓40↓4
after ↓ IVA

Urine: ☐ essentially normal except: (+) THC

CXR: ☐ essentially normal except: (sml __heart __lungs __ribs)

Adv. Imaging: ☐ normal except

Other: CT NC  ↑CK 2960
Tro3ing , Tr nl K2

ABG: ☐ normal extent __hypoxia __acidosis __alkalosis

EKG: Sinus / Normal / Tachy / Brady / AFIB  ↑ Amplitude
☐ Nonspec ST chs  ☐ NML / exts QRS  ☐ ST ☐ Twave

Monitor: interp:_____  Pulse ox interp:_____

ED Course: Pt Shorteled in
Room 1 - No tough/a
XR Strete  Corgivedine
_____
_____

**Response to therapy:** at_____, pt improved / stable / worse

**Actions:**                    **Why not done:**
If Elderly:  Ambulation trial
             Rule out cerebral cause
If Diabetic:  Accucheck
              EKG
              Rule out infection

__IV or IM med  __IV Fluids  __d/w Radiologist

**Critical care time,** excluding procedures: _____ min
High probability threat to: ☐ CNS  ☐ respiration  ☐ vasculature
Possible actions involved: ___ BP support
_____

**Results shared/plan made with:**
☐ Patient ( ☐ understanding  ☐ ability to return)
☐ Significant others
☐ DR_____  Recommends:_____
( To see patient in ☐ ED  ☐ hospital  ☐ clinic )

**Procedures:** ☐ See Procedure sheet  ☐ Definitive care
_____

| Serious dx considered: | Not considered CVA as: |
|---|---|
| ☐ Pneumonia | ☐ No new neuro deficit |
| ☐ Sepsis | ☐ No physical findings |
| ☐ CVA | ☐ Negative testing |
| ☐ MI  but History and Physical Exam not indicative | |

### Diagnosis

| | |
|---|---|
| ☐ Adrenal insufficiency acute | ☐ Hypothyroidism |
| ☐ CVA acute | ☐ Inability to: __walk  __take PO's |
| ☐ Dehydration acute | ☐ Intracranial bleed acute |
| ☐ Febrile illness acute | ☐ Meningitis acute |
| ☐ ETOH intoxication acute | ☐ Near syncope acute |
| __withdrawal  __DT's | ☐ Pneumonia acute |
| ☐ Generalized weakness acute | ☐ Possible MI |
| ☐ HTN  __poor control | ☐ Sepsis acute |
| __urgency  __emergency | ☐ Unsafe discharge |
| ☐ Hypoglycemic episode | ☐ UTI acute |

Other: Head Confusion
↑CK, ↑CV

Complicated by:

### Discharge Status:          Destination:

| | | |
|---|---|---|
| ☑ Stable | ☑ Improved | ☐ Home  ☐ Admit  ☐ Observation |
| ☐ Guarded | ☐ Unchanged | ☐ Floor ☐ Tele ☐ PCU/RCU ☐ ICU |
| ☐ Critical | | |
| ☐ AMA: pt A+Ox4, given risks including death, told to return if change mind. | | ☐ Transfer to: |

Mode:_____

Accepted by:_____

### Discharge Instructions

☑ Med before discharge (see orders)  ☐ Exit interview performed

Meds/instructions:_____
_____
_____

Days of no work_____; no P.E._____; light duty_____

See Dr. _____ in __3__ days ☑ for re-evaluation
☑ if symptoms persist

☐ Warnings Given  (No Smoking)

Return to ED for: ___Pv a___

_____

☐ Primary SmartNote   ☐ See Dictation   ☐ Partial SmartNote ___ of ___

Physician's Signature

**Universal Template**

## HISTORY

❏ Nursing notes reviewed, including VS    Time: 21:40

**Chief Complaint:**

**HPI:** (source: ❏ Pt ❏ EMS ❏ sig. others)

**Onset:** __1 hr__    ❏ gradual    ❏ rapid

**Timing:** ☑ Constant    ❏ Episodic

**Intensity:** current __9__ (0-10) light  medium  strong
        maximum _____ (0-10) light  medium  strong

**Modified by:**

**Associated symptoms:** inability to: ❏ take po's  ❏ walk

**Circumstances:** ❏ Prior similar symptoms

Pt brought to ER
in police custody because
of Disturbance. Pt other pod
he and was tazed
Pt c/o RA and felt
very verbal while here

## PSHx

**Social Hx:** Resides with: self  family  group  nursing  @ home  apt  street

Job _____    smokes   drinks   drug use

**PMHx:** _____
❏ Negative except as per HPI/nursing notes
❏ See Nursing notes for **Medications / Allergies**

Afib  Asthma  Arthritis  CAD  COPD  CVA  DM  HTN  Hypothyroid

_____
_____

**PSHx:** Appy  Chole  Hyst  Tonsils  ⊘

**Family Hx:** CAD  CVA  ⊘

## ROS

| Const. | ❏ elderly | ❏ fever | ❏ chills | ❏ All other ROS negative unless marked or in HPI |
| Eyes | ❏ visual change | | | |
| ENT | ❏ sore throat | | | ☑ Full History and ROS not obtainable due to: |
| CV | ❏ chest pain | | | |
| Resp | ❏ cough | ❏ sputum | | ❏ Distress |
| GI | ❏ abd pain | ❏ nausea | ❏ vomiting | ❏ Poor Historian |
| GU | ❏ dysuria | ❏ hematuria | | ☑ other: |
| MS | ❏ arthralgias | | | |
| Integument | ❏ rash | | | |
| Neuro | ☑ weakness | ❏ headache | | For fertile females: |
| Psych | ❏ depression | ❏ anxiety | | LMP: |
| All / Imm | ❏ immune compromise | | | ❏ Pregnant |

**Other:** Chest Pain

## PHYSICAL EXAM

**Const:** ❏ Calm    ❏ Nauseated    ↑ pulse/sugar

**Eyes:** ☑ PERRL

**ENT:** ☑ Normal mucosa    ❏ Dry mucous membranes

**Neck:** ☑ Supple    ❏ Meningismus

**CV:** ☑ RRR
    ❏ No murmur

**Resp:** ☑ Lung CTA    ❏ Rhonchi

**GI:** ☑ Abd soft    ❏ Tender
    ☑ Normal BS

**GU:** ☑ No CVAT

**MS:** ☑ Atraumatic

**Skin:** ☑ Dry

**Neuro:** ☑ Alert
    ☑ Oriented
    ☑ M /S intact
    ☑ Reflexes normal

**Psych:** ☑ Normal affect

Facial
Abrasion
noted

X11874526    REG ER    X167076
THOMAS,BYRON DONETTE
49    B    M 07/13/65
Phillips D.O., Tracy
11/18/14

Phys: Phillips D.O., Tracy
DOB: 07/13/1965 Age: 49      Sex: M
Acct: X11874526  Loc: ER
Exam Date: 11/19/2014 Status: DEP ER
Radiology No:
Unit No: X167076

| XAM# | TYPE/EXAM | RESULT |
|------|-----------|--------|
| 00791077 | RAD/CHEST/ TWO VIEWS | SEE REPORT |

Diagnostic Radiology

Exam Exam Date/Time Ordering Physician          Accession Number
XR CHEST,PA/LAT 11/19/2014 4:00:00 AM CST Phillips, Tracy
XR-14-058972

Reason for Exam:
ALTERCATION / ER 985-7318

Report
The chest two-view 11/19/2014.

Clinical information:  Chest pain following trauma.

Findings:  PA and lateral views of chest presented without prior
comparison studies.  There is a moderate sized right-sided
pneumothorax
with partial collapse of right lung.  Lungs however otherwise are
clear
with no airspace disease pleural effusion or pulmonary nodule.  No
left-
sided pneumothorax.  Cardiovascular and skeletal structures are
unremarkable, no rib or other fracture.  No tubes seen within chest.

Impression:  Right-sided pneumothorax, no other abnormality.


CODE ORANGE

REASON: pneumothorax

TIME DISCOVERED: 7:40 AM

DATE DISCOVERED: 11/19/14

CALLED: Dr Joe Daugherty WHO READ BACK MY FINDINGS.

PAGE 1                Draft Report Printed From PCI     (CONTINUED)



**UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock, AR 72205
Inpatient Record

THOMAS,BYRON D
MRN: 001571547
DOB: 7/13/1965, Sex: M
Adm:11/19/2014, D/C:11/22/2014

---

**ED Notes (continued)**

ED Update by Randolph P. Maddox, MD at 11/19/2014  9:27 AM (continued)                                          Version 1 of 3



X-Ray: large ptx noted on the right

## Request

altercation :

EMERGENCY DEPARTMENT (501)526-2041

**CT MAXILLOFACIAL AREA WO CONTRAST    UNREAD**

## Report

Preliminary signature                        Final signature
—                                            —

no fracture.

---



**UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock, AR 72205
Inpatient Record

THOMAS,BYRON D
MRN: 001571547
DOB: 7/13/1965, Sex: M
Adm:11/19/2014, D/C:11/22/2014

---

### ED Notes (continued)

**ED Update by Randolph P. Maddox, MD at 11/19/2014 9:27 AM (continued)**                                            Version 2 of 3



X-Ray: large ptx noted on the right

## Request

altercation :

EMERGENCY DEPARTMENT (501)526-2041

**CT MAXILLOFACIAL AREA WO CONTRAST   UNREAD**

## Report

Preliminary signature                              Final signature
—                                                  —

no fracture.

---



**UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock, AR 72205
Inpatient Record

THOMAS,BYRON D
MRN: 001571547
DOB: 7/13/1965, Sex: M
Adm:11/19/2014, D/C:11/22/2014

---

### ED Notes

**ED Procedures by Randolph P. Maddox, MD at 12/3/2014 12:09 PM**                                                                 Version 1 of 1

| | | |
|---|---|---|
| Author:  Randolph P. Maddox, MD | Service:  Emergency Medicine | Author Type:  Physician |
| Filed:  12/3/2014 12:10 PM | Note Time:  12/3/2014 12:09 PM | Status:  Signed |
| Editor:  Randolph P. Maddox, MD (Physician) | | |

**Procedures**

Procedures -----

<u>CRITICAL CARE ATTESTATION:</u>

Byron D Thomas has the following critical problems:

1dyspnea
2.rib fracture
3.acute pneumothorax
4.blunt chest and abd trauma

This patient has a critical illness, which impairs one or more vital organ systems such that there is a high probability of imminent or life threatening deterioration in the pt's condition with critical interventions involving highly complex decision making process to assess, manipulate, and support vital organ system failure described and includes the following activities:

Discussing History and Treatment prior to arrival with EMS providers
Initial History, Exam, and Stabilization
Discussions Treatment Plan with Nursing
Ordering Tests and Therapies and Reviewing Results
Multiple Reassessments of ABCs
Chart Review
Discussions with Family Members
Consultations

Our treatment team has spent 30 minutes performing critical care.

This time does not include any time spent doing procedures.

Randy Maddox,M.D.

-----

Electronically Signed by Randolph P  Maddox, MD on 12/3/2014 12:10 PM

**ED Provider Notes by Randolph P. Maddox, MD at 11/19/2014  3:09 PM**                                                           Version 1 of 1

| | | |
|---|---|---|
| Author:  Randolph P. Maddox, MD | Service:  Emergency Medicine | Author Type:  Physician |
| Filed:  11/22/2014  3:27 PM | Note Time:  11/19/2014  3:09 PM | Status:  Signed |
| Editor:  Randolph P. Maddox, MD (Physician) | | |
| Related Notes: | Related Note by Kshitij Chatterjee, MD (Resident) filed at 11/19/2014  3:16 PM | |

---



**UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock, AR 72205
Inpatient Record

THOMAS,BYRON D
MRN: 001571547
DOB: 7/13/1965, Sex: M
Adm:11/19/2014, D/C:11/22/2014

---

**ED Notes (continued)**

ED Update by Randolph P. Maddox, MD at 11/19/2014 9:27 AM (continued)                Version 3 of 3

| | | |
|---|---|---|
| Chloride | 106 | 98-107 mmol/L |
| CO2 | 24 | 22-32 mmol/L |
| Anion Gap | 8 | 3-11 |
| BUN | 9 | 6-20 mg/dL |
| Creatinine | 1.3 | 0.6-1.3 mg/dL |
| eGFR | >59.0 | |
| Glucose | 97 | 70-110 mg/dL |
| Calcium | 8.9 | 8.6-10.2 mg/dL |
| Phosphorus | 4.6 (*) | 2.5-4.5 mg/dL |
| Magnesium | 2.4 | 1.6-2.6 mg/dL |

**RADIOLOGY:**
XR CHEST PA AND LATERAL
   Final Result:              IMPRESSION:  LARGE RIGHT PNEUMOTHORAX BUT NO DEFINITE
                              SIGNS OF TENSION.

                              MILD ATELECTATIC CHANGES AT THE RIGHT LUNG BASE.


                              CODE ORANGE

                              REASON: Right pneumothorax

                              TIME DISCOVERED: 0925 hours

                              DATE DISCOVERED: 11/19/2014

                              CALLED: Dr. Maddox.

                              TIME CALLED: 0928 hours

                              DATE CALLED: 11/19/2014
CT HEAD WO CONTRAST   (Results Pending)
CT SOFT TISSUE NECK WO CONTRAST   (Canceled)
CT CERVICAL SPINE W CONTRAST   (Canceled)
CT MAXILLOFACIAL AREA WO CONTRAST   (Results Pending)
CT CERVICAL SPINE WO CONTRAST   (Results Pending)
XR CHEST AP PORTABLE   (Canceled)
XR CHEST AP PORTABLE   (Results Pending)

---